No. 17,217.

BRENNAN CONSTRUCTION COMPANY ET AL. *v.* COLORADO
SPRINGS COMPANY ET AL.

(271 P. [2d] 1051)

Decided June 14, 1954.   Rehearing denied July 6, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. JOHN H. GATELY, for plaintiff in error.

Messrs. MURRAY, BAKER & WENDELKEN, Mr. ROWAN T. THOMAS, Mr. H. T. McGARRY, Mr. ALBERT B. LOGAN, pro se, Mr. ROBERT L. SPURGEON, for defendants in error.